UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: BLUM, JEFFREY ALAN § Case No. 11-82474 |
| BLUM, JEANNETTE § |
| § |
| Debtor(s) § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/05/2012 in Courtroom 3100, United States Courthouse,
327 S. Church Stret
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 09/18/2012          By: /s/MEGAN G. HEEG
                               Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: BLUM, JEFFREY ALAN § Case No. 11-82474
   BLUM, JEANNETTE §
             §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 5,048.89 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 5,048.89 |
| **Balance on hand:** | $ 5,048.89 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,048.89 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,254.89 | 0.00 | 1,254.89 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,254.89 |
| Remaining balance: | $ 3,794.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,794.00 |

  1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,794.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,274.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,336.84 | 0.00 | 1,295.42 |
| 2 | Sallie Mae | 5,426.92 | 0.00 | 680.11 |
| 3 | GE Capital Retail Bank | 2,788.22 | 0.00 | 349.42 |
| 4 | Great Lakes Educational Loan Service | 11,722.36 | 0.00 | 1,469.05 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,794.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-82474-MB
Jeffrey Alan Blum                                                   Chapter 7
Jeannette Blum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Sep 28, 2012
                              Form ID: pdf006        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2012.
db/jdb         +Jeffrey Alan Blum,   Jeannette Blum,    405 West Main Street,    Durand, IL 61024-9584
17344689       +Citibank,   Attn: Bankruptcy Dept.,    Po Box 22828,    Rochester, NY 14692-2828
17344685       +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17344686       +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19143597        Great Lakes Educational Loan Service,    Claims Filing Unit,    PO Box 8973,
                 Madison, WI 53708-8973
17344692       +HSBC BANK,   Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
17344684       +PNC Mortgage,   Attn: Bankruptcy Dept.,    6 N Main St,    Dayton, OH 45402-1908
17344683       +Pncbank,   Attn: Bankruptcy Dept.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
17344687       +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
17344682       +US DEPT OF ED/Glelsi,   Attn: Bankruptcy Dept.,    2401 International Ln,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18938521        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 29 2012 03:45:26     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17344691       +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 29 2012 03:45:26     Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
19094143        E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2012 03:46:54     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17344688        E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2012 03:46:53     GEMB/GE MONEY BANK LOW,
                 Attn: Bankruptcy Dept.,   Po Box 103065,   Roswell, GA 30076
19059725       +E-mail/PDF: pa_dc_claims@salliemae.com Sep 29 2012 03:47:01     Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17344690*      +Citibank,   Attn: Bankruptcy Dept.,    Po Box 22828,    Rochester, NY 14692-2828
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2012**            **Signature:**        _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cshabez            Page 2 of 2         Date Rcvd: Sep 28, 2012
                              Form ID: pdf006          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2012 at the address(es) listed below:
         Jonathan D Parker    on behalf of Debtor Jeffrey Blum ndil@geracilaw.com
         Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                                 TOTAL: 3