# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BLUM, JEFFREY ALAN | § | Case No. 11-82474 |
| BLUM, JEANNETTE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $88,660.00
*(without deducting any secured claims)*

Assets Exempt: $34,160.00

Total Distribution to Claimants: $3,794.00

Claims Discharged
Without Payment: $45,118.34

Total Expenses of Administration: $1,254.89

3) Total gross receipts of $        5,048.89        (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00        (see **Exhibit 2** ), yielded net receipts of $5,048.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $60,987.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,254.89 | 1,254.89 | 1,254.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,849.00 | 30,274.34 | 30,274.34 | 3,794.00 |
| **TOTAL DISBURSEMENTS** | $97,836.00 | $31,529.23 | $31,529.23 | $5,048.89 |

4)  This case was originally filed under Chapter 7 on May 31, 2011. The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2013            By: /s/MEGAN G. HEEG
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE | 1229-000 | 5,048.89 |
| **TOTAL GROSS RECEIPTS** | | $5,048.89 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Pncbank | 4110-000 | 6,962.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortgage | 4110-000 | 54,025.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $60,987.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,254.89 | 1,254.89 | 1,254.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,254.89 | $1,254.89 | $1,254.89 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,235.00 | 10,336.84 | 10,336.84 | 1,295.42 |
| 2 | Sallie Mae | 7100-000 | N/A | 5,426.92 | 5,426.92 | 680.11 |
| 3 | GE Capital Retail Bank | 7100-000 | 2,511.00 | 2,788.22 | 2,788.22 | 349.42 |
| 4 | Great Lakes Educational Loan Service | 7100-000 | 6,465.00 | 11,722.36 | 11,722.36 | 1,469.05 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 12,845.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 2,590.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 3,203.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $36,849.00 | $30,274.34 | $30,274.34 | $3,794.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-82474 | Trustee: (330490) MEGAN G. HEEG |
| Case Name: BLUM, JEFFREY ALAN | Filed (f) or Converted (c): 05/31/11 (f) |
| BLUM, JEANNETTE | §341(a) Meeting Date: 07/08/11 |
| Period Ending: 03/11/13 | Claims Bar Date: 08/15/12 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | (Debtors primary residence) | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c | 25.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings, including audio | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, pictures and other art objects, antiques, | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel. | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs and jewelry. | 85.00 | 0.00 | DA | 0.00 | FA |
| 8 | Interests in insurance policies.  Name insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Automobiles, trucks, trailers and other vehicles | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 10 | CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE  (u)  Debtor Jennette Blum appears to be a beneficiary in an estate in New Jersery. | Unknown | 5,048.89 | | 5,048.89 | FA |
| 10 | **Assets**  Totals (Excluding unknown values) | **$88,660.00** | **$5,048.89** | | **$5,048.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2012    Current Projected Date Of Final Report (TFR):    September 18, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-82474 |
| Case Name: | BLUM, JEFFREY ALAN |
| | BLUM, JEANNETTE |
| Taxpayer ID #: | **-***2428 |
| Period Ending: | 03/11/13 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****132566 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-82474 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** BLUM, JEFFREY ALAN | **Bank Name:** The Bank of New York Mellon |
| BLUM, JEANNETTE | **Account:** 9200-******02-66 - Checking Account |
| **Taxpayer ID #:** **-***2428 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 03/11/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/10/12 | {10} | Jeff and Jeannette Blum | | 1229-000 | 4,500.00 | | 4,500.00 |
| 09/12/12 | {10} | Jeffrey and Jeannette Blum | partial probate estate distribution | 1229-000 | 548.89 | | 5,048.89 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,023.89 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,998.89 |
| 11/20/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -50.00 | 5,048.89 |
| 11/21/12 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,254.89, Trustee Compensation;  Reference: | 2100-000 | | 1,254.89 | 3,794.00 |
| 11/21/12 | 102 | Discover Bank | Dividend paid  12.53% on $10,336.84; Claim# 1; Filed: $10,336.84; Reference: XXXXX0097 | 7100-000 | | 1,295.42 | 2,498.58 |
| 11/21/12 | 103 | Sallie Mae | Dividend paid  12.53% on $5,426.92; Claim# 2; Filed: $5,426.92; Reference: | 7100-000 | | 680.11 | 1,818.47 |
| 11/21/12 | 104 | GE Capital Retail Bank | Dividend paid  12.53% on $2,788.22; Claim# 3; Filed: $2,788.22; Reference: XXXXX0097 | 7100-000 | | 349.42 | 1,469.05 |
| 11/21/12 | 105 | Great Lakes Educational Loan Service | Dividend paid  12.53% on $11,722.36; Claim# 4; Filed: $11,722.36; Reference: 0097798581 | 7100-000 | | 1,469.05 | 0.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | -25.00 |
| 12/04/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 0.00 |
| 12/04/12 | | Bank and Technology Service Fee Adjustment | Bank and Technology Service Fee Adjustment | 2600-000 | | -25.00 | 25.00 |
| 01/11/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | 5,048.89 | 5,048.89 | $0.00 |
| | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | **Subtotal** | 5,048.89 | 5,048.89 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$5,048.89** | **$5,048.89** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****132566** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******02-66** | 5,048.89 | 5,048.89 | 0.00 |
| | $5,048.89 | $5,048.89 | $0.00 |